## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-20835-BLOOM/Otazo-Reyes

LARRY BRADY OWENS,

    Plaintiff,

v.

INFLECTION RISK SOLUTIONS, LLC,
*d/b/a GoodHire*,

    Defendant.

_____/

### ORDER ON MOTION TO APPEAR *PRO HAC VICE*

**THIS CAUSE** is before the Court upon the Motion to Appear *Pro Hac Vice* for Megan Mitchell, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, ECF No. [14] ("Motion"), filed on May 10, 2021. Upon review, the Motion does not comply with Local Rule 4(b)(3) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys for the United States District Court for the Southern District of Florida. In particular, in paragraph 3 of the Motion, local counsel did not consent to electronically *serve* all documents and things that may be served electronically or consent to serving documents in compliance with the CM/ECF Administrative Procedures.[1]

    Additionally, Local Rule 4(b)(2), provides:

> Lawyers who are not members of the bar of this Court shall not be permitted to engage in general practice in this District. For purposes of this rule, more than three appearances within a 365-day period in separate representations before the Courts of this District shall be presumed to be a "general practice." Upon written motion and for good cause shown the Court may waive or modify this prohibition.

---

[1] A sample motion containing the appropriate language is located on the Court's website.

Case No. 21-cv-20835-BLOOM/Otazo-Reyes

S.D. Fla. L.R. 4(b)(2). Here, Ms. Mitchell has failed to certify that she has not filed three or more motions for *pro hac vice* admission in this District within the last 365 days. To the extent she has, good cause has not been shown for her limited admission.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [14]**, is **DENIED** without prejudice. Defendant may resubmit the Motion in accordance with Local Rule (4)(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 11, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record