UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20835-BLOOM/Otazo-Reyes**

LARRY BRADY OWENS,

    Plaintiff,

v.

INFLECTION RISK SOLUTIONS, LLC,
*d/b/a GoodHire*,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **November 17, 2021**, at **9:00 a.m.** with Lori Adelson via video conference. On or before **November 22, 2021**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 24, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record