# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| LARRY BRADY OWENS,<br><br>                  Plaintiff,<br><br>   vs.<br><br>INFLECTION RISK SOLUTIONS,<br>LLC d/b/a GOODHIRE,<br><br>                Defendants. | Case No.: 1:21-cv-20835-BB<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT INFLECTION RISK SOLUTIONS, LLC D/B/A GOODHIRE |

Plaintiff Larry Brady Owens ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Inflection Risk Solutions, LLC d/b/a Goodhire (collectively, the "parties"), and states as follows:

1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2.    The parties respectfully request that the Court stay this action as to Defendant Inflection Risk Solutions, LLC d/b/a Goodhire and adjourn all deadlines and conferences.

DATED: July 1, 2021

**COHEN & MIZRAHI LLP**

*/s/ Yosef Steinmetz*
YOSEF STEINMETZ
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
Telephone: 929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff*