**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20835-BLOOM/Otazo-Reyes**

LARRY BRADY OWENS,

     Plaintiff,

v.

INFLECTION RISK SOLUTIONS, LLC,
*d/b/a GoodHire*,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

     **THIS CAUSE** is before the Court upon the Notice of Settlement with Defendant Inflection Risk Solutions, LLC d/b/a GoodHire, ECF No. [23], filed on July 1, 2021, that indicates that the parties have reached a settlement of the claims asserted in this case.

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

Case No. 21-cv-20835-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 1, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record